

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00401-CV

**IN THE ESTATE OF** Gordon Ray **WALLECK**, Deceased

From the County Court, Karnes County, Texas
Trial Court No. PR-2022-0061
Honorable Michael Newman, Judge Presiding

PER CURIAM

Sitting:     Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: July 8, 2026

DISMISSED

On April 27, 2026, we abated this appeal to permit the parties to attempt to settle their dispute. On June 30, 2026, appellant/cross-appellee Tina Naumann and appellee/cross-appellant Dustin Walleck filed a joint motion to dismiss this appeal. The motion represented that the parties have reached an agreement to settle their dispute.

We lift our April 27, 2026 abatement, grant the parties' joint motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Because the joint motion does not indicate that the parties have agreed otherwise, we tax the costs of this appeal against appellant Tina Naumann. *See id.* R. 42.1(d).

PER CURIAM